UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

In Re:

ULISES FRANCISCO ESPAILLAT                    Case No.24-10071-RAM
    Debtor.                                                      Chapter 13
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that LAW OFFICE OF GARY GASSEL, P.A., by and through GARY

I. GASSEL, ESQUIRE, hereby appears as counsel of record herein for **ARCPE I LLC,** a

creditor in the above styled case, pursuant to Bankruptcy Rule 9010(b); and hereby requests that

all notices given or required to be given in this case and that all pleadings and papers served or

required to be served in this case be given to and served upon the undersigned at the address set

forth below:

Gary I.Gassel, Esquire
Law Office of GARY GASSEL, P.A.
2191 Ringling Blvd
Sarasota, Florida 34237
(941) 952-9322 / (941) 365-0907 Fax
Email:Pleadings@Gassellaw.com

### CERTIFICATION OF ATTORNEY
**I hereby certify that I am admitted to the Bar of the United State District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this Court set forth in Local Rule 2090-1(A).**

LAW OFFICE OF GARY GASSEL, P.A.
2191 Ringling Blivd
Sarasota, Florida 34237
(941) 952-9322
(941) 365-0907 Fax
Attorney for Creditor
Email:Gary@Gassellaw.com

By:/s/ Gary Gassel
**Gary I.Gassel, Esquire**
Florida Bar No. 500690

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been duly

furnished by mail or electronic means as follows:

Ulises Francisco Espaillat
1230 SW 94th Avenue
Miami, Florida 33174

Patrick L. Cordero, Esquire
7333 Coral Way
Miami, Florida 33155
ecfmail@pcorderolaw.com

US Trustee Office
51 S.W. 1st Avenue
Suite 1204
Miami, Florida 33130

Nancy K. Neidich
Chapter 13 Trustee
POB 279806
Miramar, Florida 33027

This 8th day of January, 2024

/s/ Gary Gassel
GARY I. GASSEL